UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEDRO J. DE LA ROSA,
                              Plaintiff,

                          23 Civ. 10225 (LGS)

          -against-

                          ORDER

RYDER TRUCK RENTAL, et al.,
                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated November 27, 2024, required the parties to file a proposed case management plan and joint letter by January 10, 2024;

      WHEREAS, the initial pretrial conference is currently scheduled for January 17, 2024, at 4:10 P.M.;

      WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

      **ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **January 17, 2024.**  It is further

      **ORDERED** that the initial pretrial conference scheduled for January 17, 2024, is **ADJOURNED** to **January 24, 2024, at 4:10 P.M.**

Dated: January 16, 2024
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE