UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEDRO J. DE LA ROSA,

                     Plaintiff,

-against-

RYDER TRUCK RENTAL, et al.,

                    Defendants.
------------------------------------------------------------X

23 Civ. 10225 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Civil Case Management Plan and Scheduling Order, dated January 23, 2024, required the parties to file a joint status letter by March 26, 2024.

WHEREAS, the parties have not filed the required status letter.

**ORDERED** that, as soon as possible and no later than **April 5, 2024**, the parties shall file the required letter in accordance with Individual Rule IV.A.2.

Dated: April 1, 2024
       New York, New York

                                            LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE